It is so ordered.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
11/14/17

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN MCGREW, | ) | Case No. 5:16-CV-02872 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| AKRON GENERAL | ) | |
| HEALTH SYSTEM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John McGrew and

Defendants Akron General Health System, The Cleveland Clinic Foundation, and Kathleen

Donley jointly stipulate that all the claims in the Lawsuit are dismissed with prejudice with each

party to the Lawsuit to bear their own costs, expenses and fees.

Respectfully submitted,


/s/ *Edward L. Gilbert* (per email consent)
Edward L. Gilbert (0014544)
Edward L. Gilbert Co., LPA
One Cascade Plaza, Suite 825
Akron, Ohio 44308
(330) 376-8855
(330) 376-8857 (Fax)
egilbert@edwardlgilbert.com

Attorney for Plaintiff,
JOHN McGREW

/s/ *Timothy S. Anderson*
Timothy S. Anderson (0071593)
Jeffrey J. Moyle (0084854)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, Ohio 44114
(216) 696-7600
(216) 696-2038 (Fax)
tanderson@littler.com
jmoyle@littler.com

Attorneys for Defendants,
AKRON GENERAL HEALTH SYSTEM,
THE CLEVELAND CLINIC FOUNDATION,
and KATHLEEN DONLEY